FILED
9/25/17 9:13 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | Case No: 17-10944-TPA |
| Michael L Campbell,<br>  Debtor, | Chapter 13 |
| | Docket No: 7 |
| Michael L Campbell,<br>  Movant, | |
| vs. | |
| No Respondent, | |
| and | |
| Ronda J Winnecour, Esquire,<br>  Chapter 13 Trustee. | |

**ORDER TO EXTEND DEADLINE REGARDING COMPLETION OF THE FILING OF**
**CHAPTER 13 PETITION, SCHEDULES, CHAPTER 13 PLAN PAYMENT AND PROOF OF INCOME**

**AND NOW** on this _____25th_____ day of __September__, 2017, upon consideration of Debtor's Motion to Extend Deadline Regarding Completion of the Filing of Chapter 13 Petition, Schedules, Chapter 13 Plan Payment and Proof of Income, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion is **GRANTED**. Debtor shall have until **October 2, 2017**, [10 days later] to file his Chapter 13 Schedules, Statement of Financial Affairs, Proof of Income, and all other information and forms required. No further extensions will be granted.

BY THE COURT,

_____
Thomas P. Agresti, Judge  ljm
United States Bankruptcy Court

Certificate of Notice    Page 2 of 2

```
                          United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 17-10944-TPA
Michael L. Campbell                                                 Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1           User: aala                  Page 1 of 1                  Date Rcvd: Sep 25, 2017
                               Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2017.
db             +Michael L. Campbell,    380 Rexford Drive,    Apt 71,    Hermitage, PA 16148-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2017 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3