# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE: : CASE NO. 17-10944-TPA
:
Michael L Campbell, : CHAPTER 13
Debtor. :
:

### PAYMENT ADVICES FOR THE PRIOR SIXTY (60) DAYS (PROOF OF INCOME)

DATES OF ENCLOSED PAYMENT ADVICES:

July 14, 2017

July 21, 2017

July 28, 2017

August 4, 2017

August 11, 2017

August 18, 2017

August 25, 2017

September 1, 2017

Next Payment Advice Expected (post-filing):

September 8, 2017

C.B.    CAMPBELL, MICHAEL L

**Employee Name:** MICHAEL L CAMPBELL
**Work Location:** 0732 PANST FDR 1569  1 1
**Advice No.:** 0732549996

| Employee ID | Tax ID | Fed Status | St Wk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S | 00 | 07/14/2017 |

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/02/2017 | 07/08/2017 | 1,726.19 | 551.69 | 320.68 | 853.82 |

### Earnings

| Description | Rate | Hours | Gross |
|---|---|---|---|
| REGULAR | 16.00 | 34.79 | 556.75 |
| REGULAR | 35.297 | 8.00 | 282.38 |
| OVERTIME | 52.195 | 3.71 | 193.64 |
| OVERTIME | 52.945 | 2.43 | 128.66 |
| OPT'N DA | 35.297 | 8.00 | 282.38 |
| HOLIDAY | 35.297 | 8.00 | 282.38 |
| TOTAL HOURS WORKED | | 30.14 | |
| CURRENT TOTALS | | | 1,726.19 |
| Y-T-D TOTALS | | 1,408.50 | 54,454.09 |

CURRENT PAY RATE  34.79

### Taxes

| Description | Current | YTD |
|---|---|---|
| FICA | 107.02 | 3,376.15 |
| FICA MEDICARE | 25.03 | 789.58 |
| FEDERAL TAX | 325.60 | 10,720.11 |
| ST TAX- PA | 52.99 | 1,671.72 |
| SUT EMPL DEDCT | 1.21 | 38.11 |
| NEW STNTN | 1.00 | 28.00 |
| NW STAN NR | 38.84 | 1,225.22 |
| TOTALS | 551.69 | |

### Deductions

| Description | | Current | YTD |
|---|---|---|---|
| PRU 401K | 3 | 51.79 | 1,633.62 |
| UNIONDUE | | 21.75 | 541.00 |
| AFTAX FLEX | | 16.14 | 451.92 |
| DESPP REGULAR | | 20.00 | 560.00 |
| UNITED WAY'17 | | 11.00 | 308.00 |
| DIR DEPOSIT 1 | | 200.00 | 5,600.00 |
| TOTALS | | 320.68 | |

VAC135.00 H  OPD 8.00 H  OTH 16.00 H

380 REXFORD DR. APT. 71
HERMITAGE    PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA    GA    30328

https://gems-ss.ups.com/psc/hrprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_PYCHK_M.GBL?Page=PYCHKDAT_CEI_MLS&Action=U&CHECKIND=C&CHECK_DT=2017-07-21&EMPLID=0454549...    1/2

8/9/2017    Custom Paycheck Viewer

Go Back

**Employee Name:** MICHAEL L CAMPBELL
**Work Location:** 0732 PANST FDR 1569  1 1
**Advice No.:** 0732552256

| Employee ID | Tax ID | Fed Status | St Wh | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 07/21/2017 |

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/09/2017 | 08/05/2017 | 1,606.37 | 507.00 | 295.33 | 804.04 |

### Earnings

| Description | Rate | Hours | Gross |
|---|---|---|---|
| CURRENT PAY RATE | 45.00 | N/A | |
| VACATION | 35.297 | | 1,606.37 |
| TOTAL HOURS WORKED | 0.00 | | |
| CURRENT TOTALS | | | 1,606.37 |
| Y-T-D TOTALS | | 1,505.39 | 58,079.20 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FICA | 99.59 | 3,600.91 |
| FICA MEDICARE | 23.29 | 842.15 |
| FEDERAL TAX | 296.54 | 11,417.59 |
| ST TAX- PA | 49.32 | 1,783.02 |
| SUT EMPL DEDCT | 1.12 | 40.64 |
| NEW STNTN | 1.00 | 30.00 |
| NW STAN NR | 36.14 | 1,306.78 |
| TOTALS | 507.00 | |

### Deductions

| Description | | Current | YTD |
|---|---|---|---|
| PRU 401K | 3 | 48.19 | 1,742.37 |
| AFTAX FLEX | | 16.14 | 484.20 |
| DESPP REGULAR | | 20.00 | 600.00 |
| UNITED WAY'17 | | 11.00 | 330.00 |
| DIR DEPOSIT 1 | | 200.00 | 6,000.00 |
| TOTALS | | 295.33 | |

VAC135.00 H OPD 0.00 H OTH 16.00 H

380 REXFORD DR. APT. 71
HERMITAGE    PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA    GA    30328

Go Back

**Employee Name:** MICHAEL L CAMPBELL  
**Work Location:** 0732 PANST FDR 1569 1 1  
**Advice No.:** 0732552255

| Employee ID | Tax ID | Fed Status | St Wh | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 07/21/2017 |

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/09/2017 | 07/15/2017 | 2,018.74 | 665.20 | 329.45 | 1,024.09 |

### Earnings

| Description | Rate | Hrs | Gross |
|---|---|---|---|
| REGULAR | 32.00 | 34.797 | 1,113.50 |
| REGULAR | 8.00 | 35.297 | 282.38 |
| OVERTIME | 8.87 | 52.195 | 462.97 |
| OVERTIME | 3.02 | 52.945 | 159.89 |
| TOTAL HOURS WORKED | | 51.89 | |
| CURRENT TOTALS | | | 2,018.74 |
| Yr-T-D TOTALS | | 1,460.39 | 58,079.20 |

CURRENT PAY RATE 34.79

### TAXES

| Description | Current | YTD |
|---|---|---|
| FICA | 125.17 | 3,600.91 |
| FICA MEDICARE | 29.28 | 842.15 |
| FEDERAL TAX | 400.94 | 11,417.59 |
| ST TAX- PA | 61.98 | 1,783.02 |
| SUT EMPL DEDCT | 1.41 | 40.64 |
| NEW STNTN | 1.00 | 30.00 |
| NW STAN NR | 45.42 | 1,306.78 |
| TOTALS | 665.20 | |

### DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| PRU 401K 3 | 60.56 | 1,742.37 |
| UNIONDUE | 21.75 | 562.75 |
| AFTAX FLEX | 16.14 | 484.20 |
| DESPP REGULAR | 20.00 | 600.00 |
| UNITED WAY'17 | 11.00 | 330.00 |
| DIR DEPOSIT 1 | 200.00 | 6,000.00 |
| TOTALS | 329.45 | |

VAC135.00 H OPD 0.00 H OTH 16.00 H

380 REXFORD DR. APT. 71  
HERMITAGE PA 16148

UNITED PARCEL SERVICE, INC.  
55 GLENLAKE PARKWAY NE  
ATLANTA GA 30328

8/9/2017 Custom Paycheck Viewer

Go Back

**UPS**

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MICHAEL L CAMPBELL | 0732 PANST FDR 1569  1 1 | 073208293 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 07/28/2017 |

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/16/2017 | 07/22/2017 | 2,108.39 | 701.23 | 316.00 | 1,091.16 |

### Earnings

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 34.79 | | | |
| REGULAR | 8.00 | | 34.797 | 278.38 |
| REGULAR | 32.00 | | 35.297 | 1,129.50 |
| OVERTIME | 2.05 | | 52.195 | 107.00 |
| OVERTIME | 11.21 | | 52.945 | 593.51 |
| TOTAL HOURS WORKED | | | 53.26 | |
| CURRENT TOTALS | | | | 2,108.39 |
| Y-T-D TOTALS | | | 1,558.65 | 60,187.59 |

### Taxes - Deductions - Misc

| Description | Current | YTD |
|---|---|---|
| **TAXES** | | |
| FICA | 130.72 | 3,731.63 |
| FICA MEDICARE | 30.57 | 872.72 |
| FEDERAL TAX | 425.29 | 11,842.88 |
| ST TAX- PA | 64.73 | 1,847.75 |
| SUT EMPL DEDCT | 1.48 | 42.12 |
| NEW STNTN | 1.00 | 31.00 |
| NW STAN NR | 47.44 | 1,354.22 |
| TOTALS | 701.23 | |
| **DEDUCTIONS** | | |
| PRU 401K   3 | 63.25 | 1,805.62 |
| UNIONDUE | 21.75 | 584.50 |
| DESPP REGULAR | 20.00 | 620.00 |
| UNITED WAY'17 | 11.00 | 341.00 |
| DIR DEPOSIT 1 | 200.00 | 6,200.00 |
| TOTALS | 316.00 | |

VAC 90.00 H   OPD 0.00 H   OTH 16.00 H

380 REXFORD DR. APT. 71
HERMITAGE     PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA          GA    30328

https://gems-ss.ups.com/psc/hrprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_PYCHK_M.GBL?Page=PYCHKDAT_CEI_MLS&Action=U&CHECKIND=A&CHECK_DT=2017-07-28&EMPLID=0454549... 1/2

**Employee Name:** MICHAEL L CAMPBELL
**Employee ID:** 0454549
**Tax ID:** XXX-XX-5981
**Fed Status:** S 00
**St Wrk:** S 00
**St Res Status:** 
**Work Location:** 0732 PANST FDR 1569 1 1
**Advice No.:** 073209827
**Advice Date:** 08/04/2017

### Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 07/23/2017 | 07/29/2017 | 2,098.58 | 697.28 | 331.85 | 1,069.45 |

### Earnings

| Description | Rate | Hours | Gross |
|---|---|---|---|
| CURRENT PAY RATE | 34.79 | | |
| REGULAR | 32.00 | 35.297 | 1,129.50 |
| REGULAR | 8.00 | 34.797 | 278.38 |
| OVERTIME | 2.44 | 52.195 | 127.36 |
| OVERTIME | 10.64 | 52.945 | 563.34 |
| TOTAL HOURS WORKED | | 53.08 | |
| CURRENT TOTALS | | | 2,098.58 |
| Y-T-D TOTALS | | 1,611.73 | 62,286.17 |

### Taxes

| Description | Current | YTD |
|---|---|---|
| FICA | 130.11 | 3,861.74 |
| FICA MEDICARE | 30.43 | 903.15 |
| FEDERAL TAX | 422.62 | 12,265.50 |
| ST TAX- PA | 64.43 | 1,912.18 |
| SUT EMPL DEDCT | 1.47 | 43.59 |
| NEW STNTN | 1.00 | 32.00 |
| NW STAN NR | 47.22 | 1,401.44 |
| TOTALS | 697.28 | |

### Deductions

| Description | Current | YTD |
|---|---|---|
| PRU 401K 3 | 62.96 | 1,868.58 |
| UNIONDUE | 21.75 | 606.25 |
| AFTAX FLEX | 16.14 | 500.34 |
| DESPP REGULAR | 20.00 | 640.00 |
| UNITED WAY '17 | 11.00 | 352.00 |
| DIR DEPOSIT 1 | 200.00 | 6,400.00 |
| TOTALS | 331.85 | |

### Address Verification Area

VAC 90.00 H    OPD 0.00 H    OTH 16.00 H

380 REXFORD DR. APT. 71
HERMITAGE    PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA    GA    30328

9/7/2017

Custom Paycheck Viewer

Go Back



| Employee Name | | Work Location | | | |
|---|---|---|---|---|---|
| MICHAEL L CAMPBELL | | 0732 PANST FDR 1569 1 1 | | | |
| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice No. |
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 073211236 |

| Earnings Statement | | | | | |
|---|---|---|---|---|---|
| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
| 07/30/2017 | 08/05/2017 | 2,047.71 | 676.82 | 330.32 | 1,040.57 |
| | | | | Advice Date | 08/11/2017 |

### Earnings

| Description | Rate | Misc | Hours | Gross |
|---|---|---|---|---|
| REGULAR | 35.143 | | 8.00 | 281.14 |
| REGULAR | 35.297 | | 8.00 | 282.38 |
| REGULAR | 35.643 | | 24.00 | 855.43 |
| OVERTIME | 52.714 | | 1.78 | 93.83 |
| OVERTIME | 52.945 | | 2.53 | 133.95 |
| OVERTIME | 53.464 | | 7.50 | 400.98 |
| TOTAL HOURS WORKED | | | 51.81 | |
| CURRENT TOTALS | | | | 2,047.71 |
| Y-T-D TOTALS | | | 1,663.54 | 64,333.88 |

CURRENT PAY RATE  35.14

### TAXES

| Description | Current | YTD |
|---|---|---|
| FICA | 126.96 | 3,988.70 |
| FICA MEDICARE | 29.69 | 932.84 |
| FEDERAL TAX | 408.81 | 12,674.31 |
| ST TAX- PA | 62.86 | 1,975.04 |
| SUT EMPL DEDCT | 1.43 | 45.02 |
| NEW STNTN | 1.00 | 33.00 |
| NW STAN NR | 46.07 | 1,447.51 |
| TOTALS | 676.82 | |

### DEDUCTIONS

| | | Current | YTD |
|---|---|---|---|
| PRU 401K | 3 | 61.43 | 1,930.01 |
| UNIONDUE | | 21.75 | 628.00 |
| AFTAX FLEX | | 16.14 | 516.48 |
| DESPP REGULAR | | 20.00 | 660.00 |
| UNITED WAY'17 | | 11.00 | 363.00 |
| DIR DEPOSIT 1 | | 200.00 | 6,600.00 |
| TOTALS | | 330.32 | |

- VAC 90.00 H  OPD 0.00 H  OTH 16.00 H

Address Verification Area

380 REXFORD DR. APT. 71
HERMITAGE                  PA   16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA                GA   30328

https://gems-ss.ups.com/psc/hrprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_PYCHK_M.GBL?Page=PYCHKDAT_CEI_ML S&Action=U&CHECKIND=A&CHECK_DT=2017-08-11&EMPLID=0454549&... 1/2

**UPS**

Custom Paycheck Viewer

[Go Back]

| Employee Name | | Work Location | | |
|---|---|---|---|---|
| MICHAEL L CAMPBELL | | 0732 PANST FDR 1569  1  1 | | |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice No. |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 0732122666 |

**Earnings Statement**

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount | Advice Date |
|---|---|---|---|---|---|---|
| 08/06/2017 | 08/12/2017 | 1,693.40 | 539.48 | 319.69 | 834.23 | 08/18/2017 |

**Earnings**

| Description | Rate | Miles | Hours | Gross |
|---|---|---|---|---|
| CURRENT PAY RATE | 35.14 | | | |
| REGULAR | 32.00 | | 35.643 | 1,140.58 |
| OVERTIME | | | 10.34 | 552.82 |
| TOTAL HOURS WORKED | | | 53.464 | |
| CURRENT TOTALS | | | 42.34 | 1,693.40 |
| Y-T-D TOTALS | | | 1,705.88 | 66,027.28 |

**Taxes - Deductions - Misc**

| Description | Current | YTD |
|---|---|---|
| **TAXES** | | |
| FICA | 104.99 | 4,093.69 |
| FICA MEDICARE | 24.56 | 957.40 |
| FEDERAL TAX | 317.65 | 12,991.96 |
| ST TAX - PA | 51.99 | 2,027.03 |
| SUT EMPL DEDCT | 1.19 | 46.21 |
| NEW STNTN | 1.00 | 34.00 |
| NW STAN NR | 38.10 | 1,485.61 |
| TOTALS | 539.48 | |
| **DEDUCTIONS** | | |
| PRU 401K       3 | 50.80 | 1,980.81 |
| UNIONDUE | 21.75 | 649.75 |
| AFTAX FLEX | 16.14 | 532.62 |
| DESPP REGULAR | 20.00 | 680.00 |
| UNITED WAY'17 | 11.00 | 374.00 |
| DIR DEPOSIT 1 | 200.00 | 6,800.00 |
| TOTALS | 319.69 | |

**Address Medicare Area**

| | | |
|---|---|---|
| VAC 90.00 H | OPD 0.00 H | OTH 16.00 H |
| 380 REXFORD DR. APT. 71 | | |
| HERMITAGE | PA | 16148 |

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA    GA    30328

9/7/2017

https://gems-ss.ups.com/psc/hrprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_PYCHK_M.GBL?Page=PYCHKDAT_CEI_ML&Action=U&CHECKIND=A&CHECK_DT=2017-08-18&EMPLID=0454549... 1/2



Go Back

| Employee Name | | | Work Location | | | Advice No. |
|---|---|---|---|---|---|---|
| MICHAEL L CAMPBELL | | | 0732 PANST FDR 1569  1 1 | | | 073213473B |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | | Advice Date |
|---|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | | 08/25/2017 |

### Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/13/2017 | 08/19/2017 | 2,155.40 | 720.13 | 333.55 | 1,101.72 |

### Earnings

| Description | Rate | Hours | Gross | | | |
|---|---|---|---|---|---|---|
| REGULAR | 35.143 | 8.00 | 281.14 | | | |
| REGULAR | 35.643 | 32.00 | 1,140.58 | | | |
| OVERTIME | 52.714 | 1.93 | 101.74 | | | |
| OVERTIME | 53.464 | 11.82 | 631.94 | | | |
| TOTAL HOURS WORKED | | 53.75 | | | | |
| CURRENT TOTALS | | | 2,155.40 | | | |
| Y-T-D TOTALS | | 1,759.63 | 70,071.76 | | | |

CURRENT PAY RATE  35.14

### Taxes - Deductions - Misc.

| Description | Current | YTD |
|---|---|---|
| **TAXES** | | |
| FICA | 133.64 | 4,344.45 |
| FICA MEDICARE | 31.25 | 1,016.04 |
| FEDERAL TAX | 438.06 | 13,795.74 |
| ST TAX- PA | 66.17 | 2,151.19 |
| SUT EMPL DEDCT | 1.51 | 49.04 |
| NEW STNTN | 1.00 | 36.00 |
| NW STAN NR | 48.50 | 1,576.61 |
| TOTALS | 720.13 | |
| **DEDUCTIONS** | | |
| PRU 401K    3 | 64.66 | 2,102.14 |
| UNIONDUE | 21.75 | 671.50 |
| AFTAX FLEX | 16.14 | 564.90 |
| DESPP REGULAR | 20.00 | 720.00 |
| UNITED WAY'17 | 11.00 | 396.00 |
| DIR DEPOSIT 1 | 200.00 | 7,200.00 |
| TOTALS | 333.55 | |

VAC 90.00 H    OPD 0.00 H    OTH 16.00 H

Address Verification Area

380 REXFORD DR. APT. 71
HERMITAGE           PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA            GA    30328

9/7/2017 — Custom Paycheck Viewer

Go Back

**UPS**

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MICHAEL L CAMPBELL | 0732 PANST FDR 1569  1 1 | 073213473 9 |

| Employee ID | Tax ID | Fed Status | St W/H | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 0454549 | XXX-XX-5981 | S 00 | S 00 | | 08/25/2017 |

**Earnings**

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/13/2017 | 09/09/2017 | 1,889.08 | 613.04 | 303.81 | 972.23 |

| Description | Rate | Hours | Gross | | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| VACATION | 35.643 | 45.00 | 1,603.94 | | FICA | 117.12 | 4,344.45 |
| HOLIDAY | 35.643 | 8.00 | 285.14 | | FICA MEDICARE | 27.39 | 1,016.04 |
| TOTAL HOURS WORKED | | 0.00 | | | FEDERAL TAX | 365.72 | 13,795.74 |
| CURRENT TOTALS | | | 1,889.08 | | ST TAX- PA | 57.99 | 2,151.19 |
| Y-T-D TOTALS | | 1,812.63 | 70,071.76 | | SUT EMPL DEDCT | 1.32 | 49.04 |
| | | | | | NEW STNTN | 1.00 | 36.00 |
| | | | | | NW STAN NR | 42.50 | 1,576.61 |
| | | | | | TOTALS | 613.04 | |

CURRENT PAY RATE   N/A

TAXES

DEDUCTIONS

| | Current | YTD |
|---|---|---|
| PRU 401K  3 | 56.67 | 2,102.14 |
| AFTAX FLEX | 16.14 | 564.90 |
| DESPP REGULAR | 20.00 | 720.00 |
| UNITED WAY '17 | 11.00 | 396.00 |
| DIR DEPOSIT 1 | 200.00 | 7,200.00 |
| TOTALS | 303.81 | |

VAC 90.00 H   OPD 0.00 H   OTH 16.00 H

Address Verification Area

380 REXFORD DR. APT. 71
HERMITAGE          PA   16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA          GA   30328

**Employee Name:** MICHAEL L CAMPBELL
**Work Location:** 0732 PANST FDR 1569  1 1
**Advice No.:** 073214602B

**Employee ID:** 0454549
**Tax ID:** XXX-XX-5981
**Fed Status:** S 00
**St Wrk:** S
**St Res Status:** 00
**Advice Date:** 09/01/2017

### Earnings Statement

| Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|
| 08/20/2017 | 08/26/2017 | 2,072.50 | 686.79 | 293.18 | 1,092.53 |

### Earnings

| Description | Rate | Hours | Gross |
|---|---|---|---|
| REGULAR | 24.00 | 35.643 | 855.43 |
| REGULAR | 16.00 | 35.143 | 562.29 |
| OVERTIME | 52.714 | 3.77 | 198.73 |
| OVERTIME | 53.464 | 8.53 | 456.05 |
| TOTAL HOURS WORKED | | 52.30 | |
| CURRENT TOTALS | | | 2,072.50 |
| Y-T-D TOTALS | | 1,864.93 | 72,144.26 |

CURRENT PAY RATE  35.14

### Taxes - Deductions - Misc.

| Description | Current | YTD |
|---|---|---|
| FICA | 128.49 | 4,472.94 |
| FICA MEDICARE | 30.05 | 1,046.09 |
| FEDERAL TAX | 415.54 | 14,211.28 |
| ST TAX - PA | 63.63 | 2,214.82 |
| SUT EMPL DEDCT | 1.45 | 50.49 |
| NEW STNTN | 1.00 | 37.00 |
| NW STAN NR | 46.63 | 1,623.24 |
| TOTALS | 686.79 | |

### TAXES

### DEDUCTIONS

| | | Current | YTD |
|---|---|---|---|
| PRU 401K | 3 | 62.18 | 2,164.32 |
| DESPP REGULAR | | 20.00 | 740.00 |
| UNITED WAY '17 | | 11.00 | 407.00 |
| DIR DEPOSIT 1 | | 200.00 | 7,400.00 |
| TOTALS | | 293.18 | |

OTH 16.00 H
VAC 45.00 H   OPD 0.00 H

Address Verification Area

380 REXFORD DR. APT. 71
HERMITAGE       PA    16148

UNITED PARCEL SERVICE, INC.
55 GLENLAKE PARKWAY NE
ATLANTA    GA    30328