Case 17-10944-TPA    Doc 38    Filed 08/03/18    Entered 08/04/18 01:00:20    Desc Imaged
                    Certificate of Notice    Page 1 of 2

FILED
8/1/18 2:22 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michael L. Campbell<br>　　　　　Debtor(s) | |
| PNC Bank, National Association<br>　　　　　Movant<br>　　v.<br>Michael L. Campbell<br>　　　　　Respondent<br>　　and<br>Lori A. Campbell<br>Ronda J. Winnecour, Trustee<br>　　　　　Additional Respondents | BK. NO. 17-10944 TPA<br><br>CHAPTER 13<br><br>11 U.S.C. Sections 362 and 1301<br><br>Related to Document No. 33 |

## ORDER MODIFYING SECTION 362 AUTOMATIC STAY

　　AND NOW, this 1st day of   August  , 2018, at Pittsburgh, upon Motion of PNC Bank, National Association, its successors and/or assigns, it is

　　**ORDERED THAT:** The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceedings, as provided under Sections 362 and 1301 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362 and 1301, are modified with respect to the subject premises located at 422 Stambaugh Avenue, Sharon, PA 16146 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge    jlm

```
                          United States Bankruptcy Court
                          Western District of Pennsylvania
```

In re:                                                                Case No. 17-10944-TPA
Michael L. Campbell                                                   Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-1            User: culy                  Page 1 of 1              Date Rcvd: Aug 01, 2018
                                Form ID: pdf900             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 03, 2018.
db              +Michael L. Campbell,    380 Rexford Drive,    Apt 71,    Hermitage, PA 16148-2610

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 03, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 1, 2018 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 4