**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| | : | Bankruptcy No: 17-10944-TPA |
| Michael L. Campbell, | : | |
| Debtor/Movant, | : | Chapter 13 |
| | : | |

**NOTICE OF**
**CHANGE OF ADDRESS**

**Clients Name:**     Michael L. Campbell
**Incorrect Address:**     380 Rexford Drive, Apt 71, Hermitage, PA 16148

**Correct Address:**     249 Meadowbrook Road, Hermitage, PA 16148

                                                                                   Respectfully Submitted,

Date: September 4, 2018                                     /s/ Daniel P. Foster, Esquire
                                                                                  Daniel P. Foster, Esquire
                                                                                  PA I.D. #92376
                                                                                  FOSTER LAW OFFICES
                                                                                  PO Box 966
                                                                                  Meadville, PA 16335
                                                                                  Tel: 814.724.1165
                                                                                  Fax: 814.724.1158
                                                                                  Dan@MrDebtBuster.com
                                                                                  Attorney for Debtor