**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | **Bankruptcy No. 17-10944-TPA** |
| **Michael L. Campbell,** | : | **Chapter 13** |
| Debtor, | : | |
| | : | **Related to Docket No.: 40** |
| **Michael L. Campbell,** | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| **Chapter 13 Trustee,** | : | |
| Respondent. | : | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**

**TO THE RESPONDENTS:**

You are hereby notified that the above Movants seek an Order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movants a response to the motion no later than **June 24, 2019,** i.e., seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.pawb.uscourts.gov. If you fail to timely respond, the Motion may be granted by the Court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held **July 10, 2019 at 11:30 AM** in Erie Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501.  Only a limited time of 10 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date: <u>June 7, 2019</u>                                                                                      Respectfully submitted,

                                                                                                               */s/ Daniel P. Foster, Esquire*
                                                                                                               Daniel P. Foster
                                                                                                               PA I.D. # 92376
                                                                                                               Foster Law Offices, LLC
                                                                                                               PO Box 966
                                                                                                               Meadville, PA 16335
                                                                                                               Phone: 814.724.1165
                                                                                                               Fax: 814.724.1158
                                                                                                               Email:dan@mrdebtbuster.com
                                                                                                               Attorney for Debtors

**CERTIFICATE OF SERVICE**

      I, the undersigned Paralegal of Foster Law Offices, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the **Notice of Hearing along with the MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING**, by First-Class Mail, U.S. Postage Paid on the parties below.

| | |
|---|---|
| Executed on: June 7, 2019 | *By: /s/ Kristen N. Dennis* |
| | Kristen N. Dennis, PARALEGAL |
| | FOSTER LAW OFFICES, LLC |
| | PO Box 966 |
| | Meadville, PA 16335 |
| | Tel 814.724.1165 |
| | Fax 814.724.1158 |

PRA Receivables Management LLC
POB 41067
Norfolk, VA 23541-1067

PRA Receivables Management, LLC
claims@recoverycorp.com

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438-0901

Amex
Po Box 981540
El Paso, TX 79998-1540

Bank Of America
Po Box 26012
Greensboro, NC 27420-6012

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2284

Bessemer System Federal Credit Union
106 Woodfield Drive
Greenville, PA 16125-1250

Capital One
Attn: Bankruptcy
Po Box 30253
Salt Lake City, UT 84130-0253

Citibank / The Home Depot
Centralized Bankruptcy
Po Box 790040
St Louis, MO 63179-0040

Citizens Bank
Attention: ROP-15B
1 Citizens Drive
Riverside, RI 02915-3035

Comenity Bank / Gander Mountain
Po Box 182125
Columbus, OH 43218-2125

Dell Financial Services
PO Box 81577
Austin TX 78708-1577

Department Stores National Bank
c/o Quantum3 Group LLC
PO Box 657
Kirkland, WA  98083-0657

Discover Bank
Discover Products Inc
PO Box 3025
New Albany, OH 43054-3025

ESB Bank
600 Lawrence Avenue
Ellwood City PA 16117-1930

First National Bank Of Pa
4140 E. State Street
Hermitage, PA 16148-3401

Huntington National Bank
Attn: Bankruptcy
Po Box 340996
Columbus, OH 43234-0996

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

Internal Revenue Service
Insolvency Unit
PO Box 628
Pittsburgh, PA 15230

Internal Revenue Service
William Moor-Head Building
1000 Liberty Avenue
Room 806
Pittsburgh, PA 15222-4027

Kohls / Capital One
Kohls Credit
Po Box 3043
Milwaukee, WI 53201-3043

LVNV Funding, LLC its successors and assigns
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Lending Club Corporation
71 Stevenson Street
Suite 300
San Francisco, CA 94105-2985

ONEMAIN
PO Box 3251
Evansville, IN 47731-3251

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Omega Federal Credit Union
206 Siebert Road
Pittsburgh, PA 15237-3700

Onemain Financial
Po Box 1010
Evansville, IN 47706-1010

PNC Bank
Attn: Bankruptcy
249 5th Avenue
Suite 30
Pittsburgh, PA 15222-2707

PNC Bank, National Association
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg, OH 45342-5421

Portfolio Recovery Associates LLC
PO Box 41067
Norfolk VA 23541-1067

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA  98083-0788

Regional Finance Corporation
550 Ohio Pike
Unit F
Cincinnati, OH 45255-3472

Syncb / Polaris Consumer
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank
Attn: Bankruptcy Department
PO Box 530912
Atlanta GA 30353-0912

Synchrony Bank / Care Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Gap
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / PayPal Credit
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Synchrony Bank / Sams Club
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896-5060

Visa Dept Store National Bank / Macy's
Attn: Bankruptcy
Po Box 8053
Mason, OH 45040-8053

Michael L. Campbell
249 Meadowbrook Road
Hermitage, PA 16148-2621

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com