FILED
6/27/19 11:43 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10944-TPA |
| Michael L. Campbell, | : | Chapter 13 |
| Debtor, | : | |
| | : | Related to Docket No.: 40 |
| Michael L. Campbell, | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

### ORDER REGARDING MOTION FOR APPROVAL OF POST-PETITION VEHICLE FINANCING

**AND NOW** on this __27th__ day of _____June_____, 2019, upon consideration of Debtors' Motion, it is hereby **ORDERED, ADJUDGED, AND DECREED** that said Motion for Approval of Post-Petition Vehicle Financing is GRANTED.

Debtors are authorized to seek vehicle financing with a maximum monthly payment amount of Three Hundred Fifty Dollars ($350.00) per month.

The purchase/financing transaction shall occur on or before 30 days. An amended Chapter 13 Plan, to include the payment for the subject vehicle and a Report of Financing, shall be filed on or before 7 days after the date of purchase/financing.

BY THE COURT,

_____
Thomas P. Agresti, *Judge*
United States Bankruptcy Court

jlm

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania
```

In re:                                                              Case No. 17-10944-TPA
Michael L. Campbell                                                 Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1          User: culy              Page 1 of 1           Date Rcvd: Jun 27, 2019
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 29, 2019.
db           +Michael L. Campbell,   249 Meadowbrook Road,    Hermitage, PA 16148-2621

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 29, 2019                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 27, 2019 at the address(es) listed below:
              Daniel P. Foster    on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com,
               clarissa@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com;anne@ecf.inforuptcy.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                               TOTAL: 4