**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE | : | Bankruptcy No. 17-10944-TPA |
| **Michael L. Campbell,** | : | Chapter 13 |
| Debtor | : | |
| | : | Docket No.: 45 |
| **Michael L. Campbell,** | : | |
| Movant | : | |
| | : | |
| vs. | : | |
| | : | |
| **Ronda J. Winnecour, Esquire,** | : | |
| Chapter 13 Trustee, | : | |
| Respondent. | : | |

## STATUS REPORT

**AND NOW** this 18th day of July, 2019**,** comes Michael L. Campbell ("Debtor"), by and through his attorney, Daniel P. Foster, Esquire and Foster Law Offices, LLC, and file this *Status Report*. The Debtor avers as follows:

1. The Debtor filed a Voluntary Petition under Chapter 13 of the Bankruptcy Code on September 8, 2017 (the "Filing Date").

2. On June 7, 2019, Debtor filed a *Motion for Approval of Post-Petition Vehicle Financing* to obtain an automobile to replace their vehicle.

3. On June 27, 2019, this Honorable Court issued an *Order* Granting the Motion for Approval of Post-Petition Vehicle Financing.

4. At this time, the Debtor has still been unsuccessful in obtaining financing for a new vehicle; therefore, an Amended Chapter 13 Plan will not be filed.

**WHEREFORE**, the Debtors file this Status Report in compliance with this Honorable Court's Order dated June 27, 2019.

Date: <u>July 18, 2019</u>                                             <u>*/s/ Daniel P. Foster, Esquire*</u>

                                                          Daniel P. Foster, Esquire
PA.  I.D. No. 92376
Foster Law Offices
P. O. Box 966
Meadville, PA  16335
Phone: 814.724.1165
Fax: 814.724.1158
Email:  dan@mrdebtbuster.com
Attorney for Debtors