# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 17-10944-TPA |
| | : | |
| Michael L. Campbell, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Michael L. Campbell, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

<u>Movant(s) Incorrect Address:</u>
249 Meadowbrook Road
Hermitage, PA 16148

<u>Movant(s) Correct Address:</u>
95 Hermitage Hills Blvd
Hermitage, PA 16148

Respectfully Submitted,

Date: <u>January 15, 2020</u>

/s/ Daniel P. Foster, Esquire
Daniel P. Foster, Esquire
PA I.D. #92376
FOSTER LAW OFFICES, LLC
PO Box 966
Meadville, PA 16335
Tel: 814.724.1165
Fax: 814.724.1158
Dan@MrDebtBuster.com
Attorney for Debtor