## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No: 17-10944-TPA |
| | : | |
| Michael L. Campbell, | : | Chapter 13 |
| Debtor | : | |
| | : | |
| Michael L. Campbell, | : | Docket No.: |
| Movant | : | |
| | : | |
| No Respondent. | : | |

## NOTICE OF CHANGE OF ADDRESS OF DEBTORS

Movant(s) Incorrect Address:
95 Hermitage Hills Blvd.
Hermitage, PA 16148

Movant(s) Correct Address:
251 Hermitage Hills Blvd
Hermitage, PA 16148

                                                                          Respectfully Submitted,

Date:  April 27, 2020                                        /s/ Daniel P. Foster, Esquire
                                                                         Daniel P. Foster, Esquire
                                                                         PA I.D. #92376
                                                                         FOSTER LAW OFFICES, LLC
                                                                         PO Box 966
                                                                         Meadville, PA 16335
                                                                         Tel: 814.724.1165
                                                                         Fax: 814.724.1158
                                                                         Dan@MrDebtBuster.com
                                                                         Attorney for Debtor