Certificate Number: 03088-PAW-DE-036837544

Bankruptcy Case Number: 17-10944



03088-PAW-DE-036837544

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2022, at 8:52 o'clock PM CDT, Michael L Campbell completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:    September 16, 2022            By:    /s/Doug Tonne

                                        Name:  Doug Tonne

                                        Title: Counselor