Form 408

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Michael L. Campbell**
Debtor(s)

Bankruptcy Case No.: 17−10944−JAD

Chapter: 13
Docket No.: 59 − 58

**ORDER SETTING DATE CERTAIN**
**FOR RESPONSE AND HEARING ON MOTION**

**AND NOW,** this The 26th of October, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

**IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, U.S. Courthouse, Room B160 17 South Park Row Erie, PA 16501 by 12/12/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **12/21/22 at 11:00 AM in the Zoom Video Conference Application, https://www.zoomgov.com/j/16009283473, or alternatively, Mtg ID: 160 0928 3473** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

    **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Jeffery A. Deller.**

    In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **12/12/22.**

Jeffery A. Deller
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael L. Campbell  
Debtor  

Case No. 17-10944-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1 | User: auto | Page 1 of 3
Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 40

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L. Campbell, 251 Hermitage Hills Blvd., Hermitage, PA 16148-5745 |
| 14689958 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| 14689972 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:35 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14689955 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14689956 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2022 23:46:45 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14689957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14756833 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14689961 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2022 23:48:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14689959 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:46:39 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14689960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:12 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14689962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14689963 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 26 2022 23:46:50 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14689982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:13 | Visa Dept Store National Bank / Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14746617 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14692439 | | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14689964 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14699151 | + | Email/Text: bankrupt-adjdept@wesbanco.com | | |

Case 17-10944-JAD    Doc 60    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Oct 26 2022 23:49:00 | ESB Bank, 600 Lawrence Avenue, Ellwood City PA 16117-1930 |
| 14689965 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 26 2022 23:48:00 | First National Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14689966 | + | Email/Text: bankruptcy@huntington.com | Oct 26 2022 23:48:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14689968 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14689970 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 23:48:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14769780 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding, LLC its successors and assigns, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14689971 | + | Email/Text: bk@lendingclub.com | Oct 26 2022 23:49:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716193 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:46:19 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14689973 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:46:19 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14689974 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222 |
| 14715303 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14780881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:47 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14745063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:47 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14690198 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:58:27 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766555 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14689975 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2022 23:47:39 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14689976 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:32 | Syncb / Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14762422 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:33 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta GA 30353-0912 |
| 14689977 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:07 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689978 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:33 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689979 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:09 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689980 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:33 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689981 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:58:25 | Synchrony Bank / Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 37

Case 17-10944-JAD    Doc 60    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0315-1 | User: auto | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 26, 2022 | Form ID: 408 | Total Noticed: 40 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762311 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14689969 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14689967 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022                    Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4