**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>MICHAEL L. CAMPBELL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Chapter 13 Trustee,<br>     Movant<br>     vs.<br>No Respondents. | Case No.:17-10944 JAD<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

October 25, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 09/08/2017 and confirmed on 11/8/17. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,630.91 |
| Less Refunds to Debtor | 2,315.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,315.44 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 3,500.00 | |
|   Trustee Fee | 2,799.46 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,299.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0993 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0993 | | | | |
|   BESSEMER SYSTEMS FCU | 33,676.63 | 33,676.63 | 2,841.09 | 36,517.72 |
|     Acct: 8027 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9535 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7480 | | | | |
| | | | | 36,517.72 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L. CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L. CAMPBELL | 459.70 | 459.70 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L. CAMPBELL | 1,855.77 | 1,855.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,198.72 | 3,198.72 | 0.00 | 3,198.72 |
|     Acct: 5981 | | | | |
| | | | | 3,198.72 |
| **Unsecured** | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 4,217.10 | 529.29 | 0.00 | 529.29 |
|     Acct: 7631 | | | | |
|   BANK OF AMERICA NA** | 3,921.89 | 492.24 | 0.00 | 492.24 |
|     Acct: 7283 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,061.32 | 760.76 | 0.00 | 760.76 |
|     Acct: 7776 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: 2326 | | | | |
| CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6560 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,259.14 | 660.07 | 0.00 | 660.07 |
| Acct: 5485 | | | | |
| DELL FINANCIAL SERVICES LLC | 864.78 | 108.54 | 0.00 | 108.54 |
| Acct: 0185 | | | | |
| DISCOVER BANK(*) | 14,916.96 | 1,872.23 | 0.00 | 1,872.23 |
| Acct: 7496 | | | | |
| ESB BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0906 | | | | |
| FIRST NATIONAL BANK OF PA(*) | 5,940.80 | 745.63 | 0.00 | 745.63 |
| Acct: 8335 | | | | |
| KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3818 | | | | |
| LVNV FUNDING LLC, ASSIGNEE | 29,338.54 | 3,682.28 | 0.00 | 3,682.28 |
| Acct: 2250 | | | | |
| PRA RECEIVABLES MGMNT - SRVCR FOR | 9,608.25 | 1,205.93 | 0.00 | 1,205.93 |
| Acct: 6162 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 899.50 | 112.90 | 0.00 | 112.90 |
| Acct: 6718 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 5,861.13 | 735.63 | 0.00 | 735.63 |
| Acct: 3862 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 3,868.04 | 485.48 | 0.00 | 485.48 |
| Acct: 4414 | | | | |
| QUANTUM3 GROUP LLC AGNT - MOMA FU | 8,101.55 | 1,016.83 | 0.00 | 1,016.83 |
| Acct: 9896 | | | | |
| INTERNAL REVENUE SERVICE* | 3,124.46 | 392.15 | 0.00 | 392.15 |
| Acct: 5981 | | | | |
| SYNCHRONY BANK | 3,980.41 | 499.58 | 0.00 | 499.58 |
| Acct: 7480 | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7480 | | | | |
| BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | | | | 13,299.54 |
| TOTAL PAID TO CREDITORS | | | | 53,015.98 |

TOTAL CLAIMED
PRIORITY           3,198.72
SECURED           33,676.63
UNSECURED        105,963.87

Date: 10/25/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
MICHAEL L. CAMPBELL

    Debtor(s)

Ronda J. Winnecour
    Movant
  vs.
No Repondents.

Case No.:17-10944 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Michael L. Campbell  
    Debtor

Case No. 17-10944-JAD  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 3  
Date Rcvd: Oct 26, 2022     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L. Campbell, 251 Hermitage Hills Blvd., Hermitage, PA 16148-5745 |
| 14689958 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| 14689972 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:46:50 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14689955 | + | Email/Text: ally@ebn.phinsolutions.com | Oct 26 2022 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14689956 | + | Email/PDF: bncnotices@becket-lee.com | Oct 26 2022 23:47:36 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14689957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14756833 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Oct 26 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14689961 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Oct 26 2022 23:48:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14689959 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 26 2022 23:47:08 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14689960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:13 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14689962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 26 2022 23:48:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14689963 | | Email/PDF: DellBKNotifications@resurgent.com | Oct 26 2022 23:46:48 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14689982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 26 2022 23:47:38 | Visa Dept Store National Bank / Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14746617 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14692439 | | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14689964 | + | Email/Text: mrdiscen@discover.com | Oct 26 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14699151 | + | Email/Text: bankrupt-adjdept@wesbanco.com | | |

Case 17-10944-JAD    Doc 61    Filed 10/28/22    Entered 10/29/22 00:27:56    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0315-1 | User: auto | Page 2 of 3 |
| --- | --- | --- |
| Date Rcvd: Oct 26, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| | | | Oct 26 2022 23:49:00 | ESB Bank, 600 Lawrence Avenue, Ellwood City PA 16117-1930 |
| 14689965 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Oct 26 2022 23:48:00 | First National Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14689966 | + | Email/Text: bankruptcy@huntington.com | Oct 26 2022 23:48:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14689968 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 26 2022 23:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14689970 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 26 2022 23:48:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14769780 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 26 2022 23:47:38 | LVNV Funding, LLC its successors and assigns, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14689971 | + | Email/Text: bk@lendingclub.com | Oct 26 2022 23:49:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14716193 | | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:46:29 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14689973 | + | Email/PDF: cbp@onemainfinancial.com | Oct 26 2022 23:47:04 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14689974 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222 |
| 14715303 | | Email/Text: Bankruptcy.Notices@pnc.com | Oct 26 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14780881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:10 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14745063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 26 2022 23:47:10 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14690198 | + | Email/PDF: rmscedi@recoverycorp.com | Oct 26 2022 23:47:11 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14766555 | | Email/Text: bnc-quantum@quantum3group.com | Oct 26 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14689975 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Oct 26 2022 23:47:39 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14689976 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:38 | Syncb / Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14762422 | | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:31 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta GA 30353-0912 |
| 14689977 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:38 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689978 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:09 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689979 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:47:33 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689980 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:38 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689981 | + | Email/PDF: gecsedi@recoverycorp.com | Oct 26 2022 23:46:38 | Synchrony Bank / Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762311 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14689969 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14689967 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 28, 2022        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4