**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br><br> MICHAEL L. CAMPBELL <br><br> Debtor(s) <br><br> Ronda J. Winnecour <br> Movant <br> vs. <br> No Repondents. | Case No.:17-10944 JAD <br><br> Document No.: |

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

  1. The case was filed on 09/08/2017 and confirmed on 11/08/2017 . The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

  2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 61,630.91 |
| Less Refunds to Debtor | 2,315.47 | |
| TOTAL AMOUNT OF PLAN FUND | | 59,315.44 |
| | | |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 3,500.00 | |
|     Trustee Fee | 2,799.46 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,299.46 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0993 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0993 | | | | |
|   BESSEMER SYSTEMS FCU | 33,676.63 | 33,676.63 | 2,841.09 | 36,517.72 |
|     Acct: 8027 | | | | |
|   HUNTINGTON NATIONAL BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9535 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7480 | | | | |
| | | | | 36,517.72 |
| **Priority** | | | | |
|   DANIEL P FOSTER ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L. CAMPBELL | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   MICHAEL L. CAMPBELL | 459.70 | 459.70 | 0.00 | 0.00 |
|     Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Priority | | | | |
|   MICHAEL L. CAMPBELL | 1,855.77 | 1,855.77 | 0.00 | 0.00 |
|     Acct: | | | | |
|   FOSTER LAW OFFICES** | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   INTERNAL REVENUE SERVICE* | 3,198.72 | 3,198.72 | 0.00 | 3,198.72 |
|     Acct: 5981 | | | | |
|   RONDA J WINNECOUR TRUSTEE/CLERK | 300.56 | 300.56 | 0.00 | 300.56 |
|     Acct: XXXXXXXXXXBANK | | | | |
| | | | | 3,499.28 |
| Unsecured | | | | |
|   DEPARTMENT STORES NATIONAL BANK | 4,217.10 | 529.29 | 0.00 | 529.29 |
|     Acct: 7631 | | | | |
|   BANK OF AMERICA NA** | 3,921.89 | 492.24 | 0.00 | 492.24 |
|     Acct: 7283 | | | | |
|   PORTFOLIO RECOVERY ASSOCIATES, LL | 6,061.32 | 760.76 | 0.00 | 760.76 |
|     Acct: 7776 | | | | |
|   CITIBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2326 | | | | |
|   CITIZENS BANK NA(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 6560 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 5,259.14 | 660.07 | 0.00 | 660.07 |
|     Acct: 5485 | | | | |
|   DELL FINANCIAL SERVICES LLC | 864.78 | 108.54 | 0.00 | 108.54 |
|     Acct: 0185 | | | | |
|   DISCOVER BANK(*) | 14,916.96 | 1,872.23 | 0.00 | 1,872.23 |
|     Acct: 7496 | | | | |
|   ESB BANK(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 0906 | | | | |
|   FIRST NATIONAL BANK OF PA(*) | 5,940.80 | 745.63 | 0.00 | 745.63 |
|     Acct: 8335 | | | | |
|   KOHLS++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 3818 | | | | |
|   LVNV FUNDING LLC, ASSIGNEE | 29,338.54 | 3,682.28 | 0.00 | 3,682.28 |
|     Acct: 2250 | | | | |
|   PRA RECEIVABLES MGMNT - SRVCR FOR | 9,608.25 | 1,205.93 | 0.00 | 1,205.93 |
|     Acct: 6162 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 899.50 | 112.90 | 0.00 | 112.90 |
|     Acct: 6718 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 5,861.13 | 735.63 | 0.00 | 735.63 |
|     Acct: 3862 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 3,868.04 | 485.48 | 0.00 | 485.48 |
|     Acct: 4414 | | | | |
|   QUANTUM3 GROUP LLC AGNT - MOMA Fl | 8,101.55 | 1,016.83 | 0.00 | 1,016.83 |
|     Acct: 9896 | | | | |
|   INTERNAL REVENUE SERVICE* | 3,124.46 | 392.15 | 0.00 | 392.15 |
|     Acct: 5981 | | | | |
|   SYNCHRONY BANK | 3,980.41 | 199.02 | 0.00 | 199.02 |
|     Acct: 7480 | | | | |
|   SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7480 | | | | |
|   BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | | | | 12,998.98 |

TOTAL PAID TO CREDITORS    53,015.98

| TOTAL CLAIMED | |
|---|---:|
| PRIORITY | 3,499.28 |
| SECURED | 33,676.63 |
| UNSECURED | 105.963.87 |

Date: 12/15/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com