IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
12/13/22 3:53 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

    MICHAEL L. CAMPBELL

        Debtor(s)

Ronda J. Winnecour
        Movant
    vs.
No Repondents.

Case No.:17-10944 JAD

Chapter 13

Related to ECF No. 58

**DEFAULT O/E JAD**

ORDER OF COURT

AND NOW, this 13th day of December, 2022, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

JEFFERY A. DELLER    jah
UNITED STATES BANKRUTPCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 17-10944-JAD |
| Michael L. Campbell | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 3 |
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 40 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Michael L. Campbell, 251 Hermitage Hills Blvd., Hermitage, PA 16148-5745 |
| 14689958 | + | Bessemer System Federal Credit Union, 106 Woodfield Drive, Greenville, PA 16125-1250 |
| 14689972 | + | Omega Federal Credit Union, 206 Siebert Road, Pittsburgh, PA 15237-3700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:05 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14689955 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 13 2022 23:48:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14689956 | + | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:02:19 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14689957 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank Of America, Nc4-105-03-14, Po Box 26012, Greensboro, NC 27420-6012 |
| 14756833 | + | Email/Text: mortgagebkcorrespondence@bofa.com | Dec 13 2022 23:48:00 | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14689961 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 13 2022 23:48:00 | Citizens Bank, Attention: ROP-15B, 1 Citizens Drive, Riverside, RI 02940 |
| 14689959 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:01:45 | Capital One, Attn: Bankruptcy, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 14689960 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:02:19 | Citibank / The Home Depot, Centralized Bankruptcy, Po Box 790040, S Louis, MO 63179-0040 |
| 14689962 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 13 2022 23:48:00 | Comenity Bank / Gander Mountain, Po Box 182125, Columbus, OH 43218-2125 |
| 14689963 | | Email/PDF: DellBKNotifications@resurgent.com | Dec 14 2022 00:01:49 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 14689982 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 14 2022 00:01:53 | Visa Dept Store National Bank / Macy's, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040 |
| 14746617 | | Email/Text: bnc-quantum@quantum3group.com | Dec 13 2022 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14692439 | | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14689964 | + | Email/Text: mrdiscen@discover.com | Dec 13 2022 23:48:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 14699151 | + | Email/Text: bankrupt-adjdept@wesbanco.com | | |

Case 17-10944-JAD    Doc 68    Filed 12/15/22    Entered 12/16/22 00:25:13    Desc Imaged
                              Certificate of Notice    Page 3 of 4

| District/off: 0315-1 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 40 |

| Recipient ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 14689965 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Dec 13 2022 23:48:00 | ESB Bank, 600 Lawrence Avenue, Ellwood City PA 16117-1930 |
| 14689966 | + | Email/Text: bankruptcy@huntington.com | Dec 13 2022 23:48:00 | First National Bank Of Pa, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 14689968 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 13 2022 23:48:00 | Huntington National Bank, Attn: Bankruptcy, Po Box 340996, Columbus, OH 43234-0996 |
| 14689970 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 13 2022 23:48:00 | Internal Revenue Service, Centralized Insolvency Operations, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14769780 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 13 2022 23:48:00 | Kohls / Capital One, Kohls Credit, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14689971 | + | Email/Text: bk@lendingclub.com | Dec 14 2022 00:02:05 | LVNV Funding, LLC its successors and assigns, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14716193 | | Email/PDF: cbp@onemainfinancial.com | Dec 13 2022 23:49:00 | Lending Club Corporation, 71 Stevenson Street, Suite 300, San Francisco, CA 94105-2985 |
| 14689973 | + | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:01:42 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 14689974 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 14 2022 00:02:14 | Onemain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 14715303 | | Email/Text: Bankruptcy.Notices@pnc.com | Dec 13 2022 23:48:00 | PNC Bank, Attn: Bankruptcy, 249 5th Avenue, Suite 30, Pittsburgh, PA 15222 |
| 14780881 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 13 2022 23:48:00 | PNC Bank, National Association, Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14745063 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:01:53 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 14690198 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 14 2022 00:02:16 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14766555 | | Email/Text: bnc-quantum@quantum3group.com | Dec 14 2022 00:01:51 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14689975 | + | Email/PDF: RACBANKRUPTCY@BBANDT.COM | Dec 13 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14689976 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:05 | Regional Finance Corporation, 550 Ohio Pike, Unit F, Cincinnati, OH 45255-3472 |
| 14762422 | | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Syncb / Polaris Consumer, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689977 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:03 | Synchrony Bank, Attn: Bankruptcy Department, PO Box 530912, Atlanta GA 30353-0912 |
| 14689978 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Synchrony Bank / Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689979 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:14 | Synchrony Bank / Gap, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689980 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:04 | Synchrony Bank / Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14689981 | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:15 | Synchrony Bank / PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| | | | Dec 14 2022 00:02:14 | Synchrony Bank / Sams Club, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 37

| District/off: 0315-1 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 13, 2022 | Form ID: pdf900 | Total Noticed: 40 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NATIONAL ASSOCIATION |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14762311 | *P++ | DELL FINANCIAL SERVICES, P O BOX 81577, AUSTIN TX 78708-1577, address filed with court:, Dell Financial Services, LLC, Resurgent Capital Services, PO Box 10390, Greenville, SC 29603-0390 |
| 14689969 | *+ | Internal Revenue Service, William Moor-Head Building, 1000 Liberty Avenue, Room 806, Pittsburgh, PA 15222-4027 |
| 14689967 | * | Internal Revenue Service, Insolvency Unit, PO Box 628, Pittsburgh, PA 15230 |

TOTAL: 1 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 15, 2022         Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK  NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Daniel P. Foster | on behalf of Debtor Michael L. Campbell dan@mrdebtbuster.com<br>katie@mrdebtbuster.com;kaitlyn@mrdebtbuster.com;kristen@mrdebtbuster.com;fosterlaw@ecf.inforuptcy.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 4